COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: Jesus Martinez v. The State of Texas

Appellate case number: 01-15-00993-CR

Trial court case number: 1442094

Trial court: 178th District Court of Harris County

On March 1, 2016, this case was abated and remanded to the trial court to conduct a hearing within 30 days of that order to determine whether, *inter alia*, the reporter's record was lost or destroyed. On March 1, 2016, the reporter filed an extension request, in this Court, seeking until March 15, 2016, to file the reporter's record. On March 4, 2016, and March 7, 2016, the reporter's record for the pre-sentence investigation report hearing and the motion to withdraw plea/sentencing hearing were filed in this Court.

Accordingly, the Court **DISMISSES** as moot the reporter's extension request and sua sponte directs the Clerk of this Court to **REINSTATE** this case on the Court's active docket and to withdraw the Order of Abatement.

Appellant's brief is **ORDERED** to be filed within **30 days** of the date of this order. *See* TEX. R. APP. P. 2, 38.6(a)(2).

The State's brief, if any, is **ORDERED** to be filed within **30 days** of the date of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Laura Carter Higley
                       ☒ Acting individually

Date: March 10, 2016